**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-2164**

───────────

KEVIN DONNELL MURPHY,

Plaintiff - Appellant,

v.

MONIQUE BROCKENBOROUGH, Deputy Assistant Secretary of the Bureau of
Consular Affairs in the United States Department of State,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Matthew James Maddox, District Judge.  (1:24-cv-01591-MJM)

───────────

Submitted:  January 22, 2026                    Decided:  January 26, 2026

───────────

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Kevin Donnell Murphy, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Donnell Murphy appeals the district court's order granting Defendant's motion to dismiss or, in the alternative, for summary judgment in Murphy's civil action. We have reviewed the record and find no reversible error. Accordingly, we deny Murphy's motions for declaratory judgment and relief, motion to declare 42 U.S.C. § 652(k), 45 C.F.R. § 303.35(b) unconstitutional, motions for injunctive relief, and all other pending motions, and we affirm the district court's order. *Murphy v. Brockenborough*, No. 1:24-cv-01591-MJM (D. Md. Sep. 25, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
